**VIRGINIA:**

IN THE CIRCUIT COURT FOR THE CITY OF RICHMOND

**CHARLES C. HUMPHREY,**

    **Plaintiff,**

v.                                  At Law No: CL19-3441-2

                                         **JURY TRIAL DEMANDED**

**STEVEN E. DAVIS,**

    **SERVE:**      Steven E. Davis
                        c/o Secretary of the Commonwealth
                        1111 East Broad Street, 4th Floor
                        Richmond, Virginia 23219

**AND**

**BESTWAY TRANSPORT, INC.**

    **SERVE:**      Christine N. Piersall, Registered Agent
                        999 Waterside Drive
                        Suite 1700
                        Norfolk, Virginia 23510

    **Defendants.**

## COMPLAINT

COMES NOW the Plaintiff, Charles C. Humphrey, by counsel, and moves this Court for judgment against the Defendants, Steven E. Davis and Best Way Transport, Inc., jointly and severally, and on the grounds and in the amount of Four Hundred Fifty Thousand Dollars ($450,000.00) as hereinafter set forth:

    1.      On or about the 28th day of February, 2018, Plaintiff, Charles C. Humphrey, was operating a vehicle in the City of Richmond, Virginia, when he was involved in a motor vehicle crash that forms the subject of this Complaint.



2. Defendant Best Way Transport, Inc. is registered with the Virginia State Corporation Commission and does business in the City of Richmond, Virginia.

3. This Court has proper jurisdiction over the parties and venue is just and proper in this Court.

4. On or about February 28, 2018, the vehicle that Plaintiff was operating was traveling northbound on I 95, in the left lane approximately .50 miles south of the intersection with Hermitage Road, in the City of Richmond.

5. At the time and place aforesaid, Defendant Davis was operating a 1998 International 9000 Series tractor trailer truck owned by Defendant Best Way Transport, Inc., for the purpose of doing business for Defendant Best Way Transport.

6. At all material times, Defendant Davis was a permissive user of the 1998 International 9000 Series tractor trailer truck owned by Defendant Best Way Transport, Inc.

7. At all material times, Defendant Davis was acting as the employee, statutory employee and agent of Defendant Best Way Transport, and was acting within the scope of his employment and agency at the time of the crash that is the subject of this complaint. Defendant Best Way Transport is vicariously liable for the negligent acts of Defendant Davis as described in this Complaint.

8. At the time and place aforesaid, Defendant Davis had a duty to operate his vehicle with reasonable care and due regard for others using the road. Notwithstanding these duties, Defendant Davis did then and there so carelessly, recklessly, and negligently operate his vehicle, moving into Plaintiff's lane of travel, sideswiping the Plaintiff's vehicle. Defendant Davis then kept driving.

9. Defendant Davis's negligence included, but was not limited to, the following:

(a) Failure to keep a proper lookout;

(b) Failure to give full time and attention to the operation of his vehicle;

(c) Failure to maintain his vehicle under proper control; and

(d) Failure to drive within his lane.

10. As a direct and proximate result of Defendant Davis's negligence, Plaintiff, Charles C. Humphrey, has been caused to sustain serious and permanent injuries, has suffered inconvenience and has been prevented from transacting her business; has suffered a loss of wages and is expected to suffer a loss and/or lessening of earning capacity; has suffered and will continue to suffer great pain of body and mind; has sustained physical limitations, loss of enjoyment of life, mental anguish, scarring and emotional injury; and has incurred and will continue to incur in the future, hospital, doctor and related bills in an effort to be cured of these injuries.

WHEREFORE, Plaintiff, Charles C. Humphrey, by counsel, moves this Court for judgment against the Defendants Anthony D. Davis and Best Way Transport, Inc., jointly and severally, in the sum of $450,000.00 in compensatory damages, plus the cost of these proceedings and prejudgment and post-judgment interest from February 28, 2018.

**CHARLES C. HUMPHREY**

By:_____
Of Counsel

Jason M. Hart, Esquire (VSB No. 76818)
THE JOEL BIEBER FIRM
6806 Paragon Place, Suite 100
Richmond, Virginia 23230
(804) 358-2200 (Office)
(804) 358-2262 (Facsimile)
*Counsel for Plaintiff*